### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CRUX SUBSURFACE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:11-cv-02053-EFM -KMH |
| ) | |
| BLACK & VEATCH CORPORATION, ) | |
| ) | |
| Defendant. ) | |

### JOINT MOTION TO VACATE JUDGMENT

Plaintiff Crux Subsurface, Inc. ("Crux") and Defendant Black & Veatch Corporation ("Black & Veatch"), pursuant to Fed. R. Civ. P. 60(b)(6), jointly file this Motion to Vacate Judgment, and in support further state:

1. The parties have reached a negotiated settlement to all claims and counterclaims asserted by and between them in this action.

2. On October 4, 2011, the Deputy Clerk entered a Judgment (Doc. 35) in connection with this matter, and on November 22, 2011 and December 13, 2011 the Court entered certain Orders (Docs. 49 and 51) pertaining to the Judgment.

3. Fed. R. Civ. P. 60(b)(6) permits that, upon motion and just terms, judgments and orders may be set aside for any reason that justifies relief.

4. As a condition of the settlement, the parties jointly submit this Motion to Vacate Judgment pursuant to Fed. R. Civ. P. 60(b)(6), and the parties jointly and respectfully request that the Court vacate the Judgment and the above-referenced Orders entered in connection with this matter, so that the intentions of the parties with respect to their settlement may be effectuated.

5. Upon the Judgment and Orders being vacated, the parties advise that they will promptly file a Stipulation of Dismissal With Prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Respectfully submitted,

| | |
|---|---|
| */s/ Scott C. Gyllenborg* | */s/ Christopher P. Sobba* |
| SCOTT C. GYLLENBORG   KS Bar #13754 | ROY BASH                KS S.Ct. #70303 |
| GYLLENBORG & DUNN, P.A. | CHRISTOPHER P. SOBBA  KS Bar #20708 |
| 111 South Kansas | POLSINELLI SHUGHART PC |
| Olathe, KS  66061-1000 | Twelve Wyandotte Plaza |
| Telephone: (913) 782-1400 | 120 W. 12th Street, Suite 1600 |
| Facsimile:  (913) 393-0210 | Kansas City, MO  64105 |
| Email: scott@gyllenborg.com | Telephone:  (816) 421-3355 |
| | Facsimile:  (816) 374-0509 |
| JOHN H. GUIN, *Pro Hac Admission* | Email:  rbash@polsinelli.com |
| LAW OFFICE OF JOHN H. GUIN, PLLC | Email:  csobba@polsinelli.com |
| 220 W. Main Avenue | |
| Spokane, WA  99201 | **ATTORNEYS FOR DEFENDANT** |
| Telephone: (509) 747-5250 | **BLACK & VEATCH CORPORATION** |
| Facsimile:  (509) 747-5251 | |
| Email: john@guinlaw.com | |
| | |
| RICHARD W. MILLER, *Pro Hac Admission* | |
| MILLER LAW FIRM, P.C. | |
| 4310 Madison Avenue | |
| Kansas City, MO  64111 | |
| Telephone: (816) 531-0755 | |
| Facsimile:  (816) 561-6361 | |
| Email: rmiller@mlfkc.com | |
| | |
| **ATTORNEYS FOR PLAINTIFF** | |
| **CRUX SUBSURFACE, INC.** | |